1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MUDDSAR KHAN,                          No. 2:17-cv-2169-MCE-GGH

12                Plaintiff,

13        v.                                ORDER

14   M. HITCHCOCK, Officer, et al.,

15                Defendants.

16

17        Plaintiff appears in this civil rights pro se and has been granted in forma pauperis status.

18   Plaintiff has not served the amended complaint, ECF No. 6, on defendants insofar as he was

19   granted 30 extra days to serve due to the pendency of related proceedings in the Superior Court.

20   ECF No. 11.  Plaintiff now seeks an additional "periodic stay" on the same grounds.

21        Good cause appearing therefore IT IS HEREBY ORDERED that:

22        1.      Plaintiff's duty to serve his amended complaint in this matter is hereby  further

23   extended for a period of 30 days from the date of this Order;

24        2.      If the amended complaint is not timely served, the court will determine whether to

25   stay the case indefinitely, or whether to dismiss it without prejudice.  Plaintiff is advised,

26   however, that merely relating to the court that some type of proceeding is pending in the Superior

27   Court is insufficient for the grant of a stay.  If plaintiff seeks an indefinite stay, he must describe

28   with specificity what is pending, why this action and the one in Superior Court cannot be

                                        1

concurrently prosecuted, and must make some type of prediction of when the Superior Court proceedings may be finished.

3.    Plaintiff must return an executed service of complaint and summons prior to the expiration of the extended service period, or move the court for an indefinite stay satisfying the requirements set forth above;

4.    Failure to obey this order may result in a recommendation of a dismissal of this case without prejudice.

**IT IS SO ORDERED.**

Dated:  March 14, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE
