UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUDDSAR KHAN,<br><br>   Plaintiff,<br><br>   v.<br><br>M. HITCHCOCK, Officer, et al.,<br><br>   Defendants. | No. 2:17-cv-02169-MCE-GGH<br><br><br>ORDER |

Plaintiff brings this civil rights action pro se and in forma pauperis. On May 8, 2018 plaintiff requested permission to file a Second Amended Complaint. Insofar as no complaint has yet been served, and service is suspended for an indeterminate time until a state action that may affect the scope of this action is resolved, the court finds there is no procedural obstacle to the filing of an amendment.

In light of the foregoing IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Amend is GRANTED;

2. Plaintiff's Second Amended Complaint is now the operative complaint of record in this action.

Dated: May 11, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE