UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUDDSAR KHAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. HITCHCOCK, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-02169-MCE-AC (PS)<br><br><br>ORDER |

On April 12, 2018, the previously-assigned magistrate judge granted plaintiff an unspecified amount of time to effect service of the complaint on the condition that he notify the court every 60 days of the status of his pending state action. ECF 15. The court warned that failure to submit status updates may result in dismissal of this case with prejudice. Id. Plaintiff's last update was submitted on December 5, 2018. ECF No. 23. More than 60 days has passed, and plaintiff has not filed another status report.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why his failure to submit a timely status report should not result in a recommendation that this case be dismissed for failure to prosecute. The filing a status report within this timeframe will serve as cause and will discharge this order. However, the court cautions plaintiff that a second instance of non-compliance with his obligation to file status reports every 60 days will likely result in a recommendation of dismissal without further warning.

If plaintiff fails to respond to this order, the court will recommend dismissal of his case pursuant to Local Civil Rule 110.

DATED: February 6, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE