ALONZO J. GRADFORD, SBN 244201
Law Office of Alonzo J. Gradford
1202 H Street, Suite C
Telephone: 209-408-0342
Facsimile: 209-408-0797
Email: alonzogradford924@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MUDDSAR KHAN**,<br><br>Plaintiff,<br><br>vs.<br><br>**CITY OF LODI, LODI POLICE OFFICERS Michael Hitchcock, Individually, (N) Woods, Individually, and Does 1 THROUGH 30, Jointly and Severally**,<br><br>Defendants. | **Case No. 2:17-cv-2169-MCE-GGH**<br><br>ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE DEFENDANT'S 12(b)(6) MOTION TO DISMISS PLAINTIFF'S FOURTH AMENDED COMPLAINT AND TO ALLOW ADDITIONAL TIME FOR PLAINTIFF TO RESPOND<br><br>Date: July 17, 2020 |

Upon consideration of Plaintiff's Unopposed Motion to Continue Defendants' 12(b)(6) Motion to Dismiss Plaintiff's Fourth Amended Complaint and to Allow Additional Time for Plaintiff to Respond. submitted on July 14, 2020, and good cause appearing, said Motion (ECF No. 62) is hereby granted.  The hearing on Defendants' Motion to Dismiss (ECF No. 60) shall be continued to September 1, 2020 for briefing purposes.   Pursuant to local rule of court 230(c), Plaintiff's Opposition, if any, shall be filed by no later than August 18, 2020.  Furthermore, pursuant to local rule of court 230(d), Defendants' Reply, if any, shall be filed by no later than

August 25, 2020.   Because the Motion has already been submitted by Minute Order dated June 24, 2020, no hearing will be held.

      IT IS SO ORDERED.

Dated:  July 21, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE