KEVIN J. DEHOFF, SBN 252106
   Email: kdehoff@akk-law.com
GÖKALP Y. GÜRER, SBN 311919
   Email: ggurer@akk-law.com
ANGELO, KILDAY & KILDUFF, LLP
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100

JANICE D. MAGDICH, SBN 188278
   Email:  jmagdich@lodi.gov
City Attorney, City of Lodi
P.O. Box 3006
Lodi, CA  95241
Telephone:  (209) 333-6701
Fax:  (209) 339-0763

**PUBLIC ENTITY, FILING FEES WAIVED PURSUANT TO GOV' T CODE §6103**

Attorneys for Defendants CITY OF LODI and MICHAEL HITCHCOCK

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MUDDSAR KHAN,<br>　　　　　　　Plaintiff,<br>　vs.<br>CITY OF LODI, LODI POLICE OFFICERS Michael Hitchcock, Individually, (N) Woods, Individually, and DOES 1 through 30, Jointly and Severally,<br>　　　　　　　Defendants. | Case No.: 2:17-cv-02169-MCE-GGH<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii); ORDER THEREON**<br><br>**Judge:**　　Hon. Morrison C. England, Jr. |

　　　In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that the entire action shall be dismissed with prejudice. Each side shall bear their own costs and fees, including attorney fees.

///

-1-
STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6); ORDER THEREON

Dated:  April 26, 2021

LAW OFFICE OF ALONZO J. GRADFORD

*/s/ Alonzo J. Grandford*
as authorized on 4/12/21

By:_____
   ALONZO J. GRADFORD
   Attorneys for Plaintiff
   MUDDSAR KHAN

Dated:  April 26, 2021

ANGELO, KILDAY & KILDUFF

*/s/ Kevin J. Dehoff*

By:_____
   KEVIN J. DEHOFF
   GÖKALP Y. GÜRER
   Attorneys for Defendants
   CITY OF LODI and MICHAEL HITCHCOCK

## ORDER

Having reviewed the foregoing stipulation of the parties, and good cause appearing, the above-captioned action is hereby dismissed, with prejudice, in its entirety.  Each party is to bear their own fees and costs, including all attorneys' fees.  The matter having now been concluded, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  April 26, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE